IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KELLY JO PERLOTTO, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. 3:12-cv-00685 |
| v. | ) ) | Judge Nixon |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | Magistrate Judge Knowles |
| Defendant. | ) ) | |

## ORDER

Pending before the Court is Plaintiff Kelly Jo Perlotto's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 16), filed with a Brief in Support (Doc. No. 16-1). Defendant Commissioner of Social Security filed a Response. (Doc. No. 21.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 22 at 15.) The Report was filed on June 10, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 15–16.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___ day of July, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT